STATE OF CONNECTICUT *v.* JOHN L.

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 291 (AC 23993), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided November 23, 2004

JERMAINE WOODS *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 85 Conn. App. 544 (AC 24244), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in support of the petition.

*Joseph Visone,* special public defender, in opposition.

Decided November 23, 2004